IN THE MIDDLE DISTRICT OF PENNSYLVANIA
BANKRUPTCY COURT

**IN RE:**
**Gary L. Calhoun, JR**          **CHAPTER 13**

**Debtor**          **CASE NO: 16-04639**

### AMENDED NOTICE OF MOTION TO MODIFY PLAN POST CONFIRMATION

The Debtor filed a Motion to Modify Plan with a proposed 4th Amended Plan attached as an Exhibit on **October 5, 2020**. The Proposed 4th Amended Plan proposes to roll in plan payment arrears AND extend his payments past 60 months pursuant to the C.A.R.E.S. Act. If you object to the relief requested, you must file your objection/response on or before **October 28, 2020**, with the Clerk of Bankruptcy Court Ronald Reagan Federal Building 228 Walnut Street Rm 320 Harrisburg, PA 17101 and serve a copy on Dawn Cutaia, Counsel for Debtor, at the address below.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Date of Notice: October 6, 2020**

Respectfully Submitted:<br>
/s/ Dawn M. Cutaia<br>
Attorney for Debtors<br>
115 E. Philadelphia Street<br>
York, PA 17401<br>
dmcutaia@gmail.com<br>
717-304-1841