Certificate Number: 17082-PAM-DE-036599971

Bankruptcy Case Number: 16-04639


17082-PAM-DE-036599971

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2022, at 9:42 o'clock AM MST, GARY L CALHOUN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 7, 2022

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director