**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re   **Gary L. Calhoun, JR**                                     Case No.   **1:16-bk-04639**
Debtor(s)

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:  _____

My current employer and my employer's address:  _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   **June 14, 2022**                                     /s/ **Gary L. Calhoun, JR**
Date                                                                **Gary L. Calhoun, JR**
                                                                    Debtor

*Amounts are subjected to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.



# citrix | RightSignature

## SIGNATURE CERTIFICATE

**REFERENCE NUMBER**
4BC41DA3-EA29-4BA2-981B-22E113D3D938

**TRANSACTION DETAILS**

**Reference Number**
4BC41DA3-EA29-4BA2-981B-22E113D3D938
**Transaction Type**
Signature Request
**Sent At**
06/30/2022 08:16 EDT
**Executed At**
06/30/2022 12:10 EDT
**Identity Method**
email
**Distribution Method**
email
**Signed Checksum**
12e73b7d57a244d6740b68bc673443e1a730b09e3875ffc3bec1fc13aaf4ab32
**Signer Sequencing**
Disabled
**Document Passcode**
Disabled

**DOCUMENT DETAILS**

**Document Name**
Calhoungaryljr 2830
**Filename**
calhoungaryljr_2830.pdf
**Pages**
1 page
**Content Type**
application/pdf
**File Size**
7.16 KB
**Original Checksum**
48a4062c749082c48afc1dd23b1e4a3adb52976ee05551965b4b845920141d54

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Gary Calhoun<br>**Email**<br>gcalhoun01@yahoo.com<br>**Components**<br>1 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>ebf60d7a8c94044a6371e87df02241ce6f5c6136668cda8162d2839ccbb267fa<br>**IP Address**<br>172.58.205.73<br>**Device**<br>Samsung Browser via Android<br>**Drawn Signature**<br><br>**Signature Reference ID**<br>C4C243DF<br>**Signature Biometric Count**<br>186 | **Viewed At**<br>06/30/2022 12:09 EDT<br>**Identity Authenticated At**<br>06/30/2022 12:10 EDT<br>**Signed At**<br>06/30/2022 12:10 EDT |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 06/30/2022 08:16 EDT | Dawn Cutaia (dmcutaia@gmail.com) created document 'calhoungaryljr_2830.pdf' on Chrome via Windows from 73.139.138.134. |
| 06/30/2022 08:16 EDT | Gary Calhoun (gcalhoun01@yahoo.com) was emailed a link to sign. |
| 06/30/2022 11:23 EDT | Gary Calhoun (gcalhoun01@yahoo.com) viewed the document on Samsung Browser via Android from 172.58.205.140. |
| 06/30/2022 11:24 EDT | Gary Calhoun (gcalhoun01@yahoo.com) viewed the document on Samsung Browser via Android from 172.58.205.140. |
| 06/30/2022 12:08 EDT | Gary Calhoun (gcalhoun01@yahoo.com) viewed the document on Samsung Browser via Android from 172.58.205.73. |

| | |
|---|---|
| 06/30/2022 12:08 EDT | Gary Calhoun (gcalhoun01@yahoo.com) viewed the document on Samsung Browser via Android from 172.58.205.73. |
| 06/30/2022 12:08 EDT | Gary Calhoun (gcalhoun01@yahoo.com) viewed the document on Samsung Browser via Android from 172.58.205.73. |
| 06/30/2022 12:09 EDT | Gary Calhoun (gcalhoun01@yahoo.com) viewed the document on Samsung Browser via Android from 172.58.205.73. |
| 06/30/2022 12:10 EDT | Gary Calhoun (gcalhoun01@yahoo.com) authenticated via email on Samsung Browser via Android from 172.58.205.73. |
| 06/30/2022 12:10 EDT | Gary Calhoun (gcalhoun01@yahoo.com) signed the document on Samsung Browser via Android from 172.58.205.73. |