In re:                                                          Case No. 16-04639-HWV

Gary L. Calhoun, JR                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 01, 2022 | Form ID: 3180W | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary L. Calhoun, JR, 311 Bristol Dr., York, PA 17403-4348 |
| 4854359 | + | Aaa Debt Rec, Pob 129, Monroeville PA 15146-0129 |
| 4854360 | + | Acc Adv Agnc, 510 N Park Rd, Wyomissing PA 19610-2941 |
| 4854366 | | Internal Revenue Service, Andover MA 01810-9041 |
| 4854371 | + | Yesika Nieves, 470 N. Beaver St, York PA 17401 |
| 4854358 | + | York Adams Tax Claim Bureau, PO BOX 15627, York PA 17405-0156 |
| 4854372 | + | York Apartments, 2000 Maplewood Dr., York PA 17403-6302 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jul 01 2022 22:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 4854361 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 01 2022 18:46:00 | Berks Credit & Collections, Po Box 329, Temple PA 19560-0329 |
| 4854362 | + | EDI: CAPITALONE.COM | Jul 01 2022 22:48:00 | Capital One, Po Box 30285, Salt Lake City UT 84130-0285 |
| 4854363 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jul 01 2022 18:46:00 | Commonwealth Financial Systems, 245 Main St, Dickson City PA 18519-1641 |
| 4854364 | + | Email/Text: bknotice@ercbpo.com | Jul 01 2022 18:46:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville FL 32256-7412 |
| 4854365 | + | EDI: BLUESTEM | Jul 01 2022 22:48:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud MN 56303-0820 |
| 4854357 | | EDI: IRS.COM | Jul 01 2022 22:48:00 | IRS Centralized Insolvency Oper., PO Box 21126, Philadelphia PA 19114-0326 |
| 4854367 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jul 01 2022 18:46:00 | Medical Data Systems Inc, Mds, 2001 9th Ave Ste 312, Vero beach FL 32960-6413 |
| 4854368 | + | Email/Text: unger@members1st.org | Jul 01 2022 18:46:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg PA 17055-4899 |
| 4869121 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 01 2022 18:46:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 4854369 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 01 2022 18:46:00 | Nmac, Po Box 660360, Dallas TX 75266-0360 |
| 4869927 | + | EDI: AGFINANCE.COM | Jul 01 2022 22:48:00 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 4854370 | + | EDI: AGFINANCE.COM | Jul 01 2022 22:48:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving TX 75039-3198 |
| 4858302 | + | EDI: RECOVERYCORP.COM | Jul 01 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4949379 | + | EDI: PRA.COM | | |

| | | Jul 01 2022 22:48:00 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
|---|---|---|---|
| 4949378 | + EDI: PRA.COM | | |
| | | Jul 01 2022 22:48:00 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4870674 | EDI: Q3G.COM | | |
| | | Jul 01 2022 22:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2022       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A Scott | on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Gary L. Calhoun JR dmcutaia@gmail.com, cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

Debtor 1      Gary L. Calhoun JR

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–6745

EIN    _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:16–bk–04639–HWV

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gary L. Calhoun JR

By the
court:

7/1/22

Henry W. Van Eck, Chief Bankruptcy
Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts
This order means that no one may make any
attempt to collect a discharged debt from the
debtors personally. For example, creditors cannot
sue, garnish wages, assert a deficiency, or
otherwise try to collect from the debtors personally
on discharged debts. Creditors cannot contact the
debtors by mail, phone, or otherwise in any
attempt to collect the debt personally. Creditors
who violate this order can be required to pay
debtors damages and attorney's fees.

However, a creditor with a lien may enforce a
claim against the debtors' property subject to that
lien unless the lien was avoided or eliminated. For
example, a creditor may have the right to foreclose
a home mortgage or repossess an automobile.

This order does not prevent debtors from paying
any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged
Most debts are covered by the discharge, but
not all. Generally, a discharge removes the
debtors' personal liability for debts provided for
by the chapter 13 plan.

In a case involving community property: Special
rules protect certain community property owned
by the debtor's spouse, even if that spouse did
not file a bankruptcy case.

### Some debts are not discharged
Examples of debts that are not discharged are:

- ♦ debts that are domestic support
  obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified
  in 11 U.S.C. §§ 507(a)(8)( C),
  523(a)(1)(B), or 523(a)(1)(C) to the
  extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**